# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Photon Engineering, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>Vs.<br><br>Tim Luberski, an individual; Jonelle Chovanec, as successor in interest to Paul Chovanec | Case No. 8:19-cv-00290-JLS (ADSx)<br><br>JUDGMENT PURSUANT TO STIPULATION |

The Court having read the Stipulation for Entry of Judgment filed by the parties, and based upon the statements of the parties contained therein, and good cause appearing for entry of judgment pursuant to the Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. In exercise of the Court's inherent equitable power Plaintiff may recover from the accrued royalties now held by it the sum of $3,226.14, representing its attorney's fees and costs incurred in the prosecution of this action;

2.     Defendant Tim Luberski is entitled to designate the charitable organization to receive the royalties from the sale of certain software due under the written agreement dated November 2, 2001, between Plaintiff and Paul Chovanec (the Agreement).

3.     Plaintiff shall pay the royalties due under the Agreement to the charitable organization designated by Defendant Tim Luberski.

3.     Plaintiff shall be discharged from liability for otherwise determining the identity of the charitable organization to which the royalties payable under the Agreement are due.

**IT IS SO ORDERED.**

Dated: April 19, 2019

Josephine L. Staton
United States District Judge